# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TODD HARRISON,

        Plaintiff,      :      Case No. 3:08-cv-466

- vs -      :      District Judge Walter Herbert Rice
                                 Magistrate Judge Michael R. Merz

TRANS UNION LLC, et al.,    :

        Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #46), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Defendant Trilegiant Corporation's Motion to Dismiss is DENIED.

June  3 0 , 2009.

                                                            Walter Herbert Rice
                                                            United States District Judge