# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TODD HARRISON,

      Plaintiff,           :       Case No. 3:08-cv-466

                                  District Judge Walter Herbert Rice
  -vs-                          Magistrate Judge Michael R. Merz

                            :

TRANSUNION, LLC, et al.,

      Defendants.

## DISMISSAL ORDER

On Motion of the Plaintiff (Doc. No. 78) and pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby ordered this case be dismissed with prejudice as against Defendant Arrow Financial Services.

In the absence on any signed agreement by Arrow Financial Services, the Court is unable to enter any order enforcing any additional terms of any settlement between Plaintiff and that Defendant.

November 19, 2009.

                                                            s/ **Michael R. Merz**
                                                       United States Magistrate Judge